800 F.2d 1130
 County of Bergen, Borough of Franklin Lakes, Township of
Pequannock, Township of Mahwah, Borough of Pompton Lakes,
Borough of Oakland, Township of Montville, Franklin Lakes
Homeowners Committee Against I-287, New Jersey Citizens
Coalition to Stop I-287, Passaic River Coalition
v.
Doyle (Elizabeth Hanford) United States Dept. of
Transportation, Barnhart (Ray), Bestgen (John G.,
Jr.), Kessler (John J., Jr.), Federal
Highway Admin., Watt (James
G.), United States
Department of
 NO. 85-5736
 United States Court of Appeals,
Third Circuit.
 JUN 04, 1986
 
 Appeal From: D.N.J.,
 Ackerman, J.,
 
 620 F.Supp. 1009
 
 1
 AFFIRMED.